Barry F. ROBINSON, Plaintiff— Appellant,

v.

Tarquintus WALSER, Defendant— Appellee.

No. 09–6164.

United States Court of Appeals, Fourth Circuit.

Submitted: June 22, 2009.

Decided: June 29, 2009.

Barry F. Robinson, Appellant Pro Se. Yvonne Bulluck Ricci, Assistant Attorney

**222**

General, Raleigh, North Carolina, for Appellee.

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barry F. Robinson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Robinson v. Walser*, No. 5:07–ct–03039–D (E.D.N.C. Jan. 21, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*